UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O HEATH, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-1952 JAM AC P<br><br><br>ORDER |

　　　　Defendants move to extend the November 20, 2015 dispositive motion deadline in this case.  Defendants seek adequate time to file a dispositive motion on the merits of plaintiff's claims after the court rules on their pending motion for summary judgment premised on plaintiff's alleged failure to exhaust his administrative remedies; defendants' exhaustion motion was filed on behalf of five of the six defendants.

　　　　The court declines to vacate the current dispositive motion deadline at this time.  However, the court will set a new dispositive motion deadline after it has reached a decision on defendants' exhaustion motion.  For this reason, the court will also deny without prejudice plaintiff's pending motion on the merits of his claims; plaintiff may re-file his motion after the court has resolved defendants' exhaustion motion and set a new dispositive motion deadline.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendants' motion to modify the scheduling order, ECF No. 48, is denied without

1

prejudice; the court will set a new dispositive motion deadline after resolution of defendants' pending motion for summary judgment premised on plaintiff's alleged failure to exhaust his administrative remedies; and

    2. Plaintiff's motion for summary judgment on the merits of his claims, ECF No. 45, is denied without prejudice to the re-filing of his motion following the court's resolution of defendants' exhaustion motion and the setting of a new dispositive motion deadline.

DATED: November 10, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE