UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O HEATH, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-1952 JAM AC P<br><br><br>ORDER |

　　　　Plaintiff requests a stay of this action pending a decision by the Ninth Circuit Court of Appeals on his interlocutory appeal.  Plaintiff contends that the discovery process will be more coherent and efficient after the Court of Appeals rules on his claim that additional defendants should remain in this case.

　　　　For good cause shown, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request for a stay of this action, including all discovery, ECF No. 83, is granted until further order of this court;

　　　　2. All previously set deadlines are suspended until further order of this court; and

////

////

////

////

1

3.  Plaintiff shall file and serve a statement within 14 days after the Ninth Circuit Court of Appeals rules on his pending interlocutory appeal.

DATED: February 17, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE