UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>C/O HEATH, et al.,<br><br>    Defendants. | No. 2:13-cv-1952 JAM AC P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 1, 2017, plaintiff filed a Motion to Appoint Counsel. See ECF 93. The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference and will partially grant plaintiff's motion for that purpose. Michael E. Vinding has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Appoint Counsel, ECF No. 93, is granted in part.
2. Michael E. Vinding is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in the settlement conference scheduled in this case for June 5, 2017.

1

3. Michael E. Vinding's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
5. The Clerk of the Court is directed to serve a copy of this order upon Michael E. Vinding, Brady & Vinding, 400 Capitol Mall, Suite 2640, Sacramento, CA 95814.

DATED: May 9, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE