UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA, | No. 2:13-cv-1952 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| C/O HEATH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with this civil rights action, has again filed a premature motion for summary judgment and request for permission to proceed on that motion. See ECF Nos. 104-05. For the reasons previously stated by the undersigned, see ECF No. 102, plaintiff's motions are denied without prejudice. As explined in the court's prior order, no pretrial dispositive motion may be filed in this action prior to the close of discovery. Id. at 2. It appears that plaintiff prepared the pending matters prior to receiving the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for permission to file a supplemental motion for summary judgment, ECF No. 104, and plaintiff's supplemental motion for summary judgment, ECF No. 105, are denied without prejudice.

2. The parties may conduct discovery until **September 29, 2017**. Any motions necessary to compel discovery shall be filed and served by that date. All requests for discovery pursuant to

1

Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than **sixty days prior** to that date.

    3. No pretrial dispositive motion shall be filed prior to the close of discovery; therefore, all pretrial disposition motions (e.g., motions for summary judgment) must be filed and served on or after **October 2, 2017.**

    4. All pretrial dispositive motions shall be filed and served no later than **December 15, 2017**. Motions shall be briefed in accordance with paragraph 8 of this court's order filed January 6, 2015 (see ECF No. 20).

    IT IS SO ORDERED.

DATED: July 25, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE