UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA, | No. 2:13-cv-1952 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| C/O HEATH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, currently incarcerated at Mule Creek State Prison (MCSP),[1] who proceeds pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed July 25, 2017, the court set the following deadlines: September 29, 2017 for completing discovery, and December 15, 2017 for filing dispositive motions. See ECF No. 106.

On July 28, 2017, plaintiff filed a motion entitled "Motion to Certify 28-lined Pleading as a Court Document and to Provide Any and All Copies for Any and All Legal Litigation Books (California Penal Codes)." ECF No. 107. Plaintiff complains that the hours, assistance and

---

[1] Review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that plaintiff is now incarcerated at Mule Creek State Prison, consistent with his most recent filing. See http://inmatelocator.cdcr.ca.gov/search.aspx. See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

copying rules at the prison law library are inadequate for his needs, and that he is being denied an adequate supply of "28-lined pleading paper."

It is not the role of this court to micromanage the availability of legal supplies and assistance for prisoners. For this reason, plaintiff's motion will be denied. Plaintiff may request an extension of any particular deadline if delays accessing the library interfere with his ability to comply.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed July 28, 2017, ECF No. 107, is denied; and

2. The Clerk of Court is directed to note on the docket plaintiff's current address of record (see n.1, supra).

DATED: September 7, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE