1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANNY R. GARCIA,                          No.  2:13-cv-1952 JAM AC P

12                   Plaintiff,

13        v.                                   FINDINGS AND RECOMMENDATIONS

14   C/O HEATH, et al.,

15                   Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights

18   action filed pursuant 42 U.S.C. § 1983.  By order filed December 7, 2017, this court directed

19   plaintiff to file and serve his opposition to defendant's pending motion for summary judgment

20   within twenty-one days.  See ECF No. 117.  The court informed plaintiff that no further

21   extensions of time would be accorded, and that failure to timely oppose defendant's motion

22   would result in the undersigned's recommendation g that this action be dismissed without

23   prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.  See id. at 8.

24        The deadline for plaintiff to file and serve his opposition has passed.  The only

25   communication from plaintiff was a request for reconsideration, directed to the district judge, of

26   this court's denial of plaintiff's request that the undersigned magistrate judge be disqualified from

27   participating in this action.  See ECF No. 118.  The district judge denied plaintiff's motion on

28   January 19, 2018.  See ECF No. 119.

                                               1

Accordingly, for the reasons set forth in the undersigned's prior orders, see ECF Nos. 115 & 117, including plaintiff's failure to abide by court rules and orders, and failure to prosecute this case, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 22, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE